[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11120
Non-Argument Calendar
_____

D.C. Docket No. 5:14-cr-00010-RS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT LEESEAN WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(January 11, 2016)

Before WILSON, WILLIAM PRYOR and FAY, Circuit Judges.

PER CURIAM:

Richard Summa, appointed appellate counsel for Robert Williams, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Williams's convictions and sentences are AFFIRMED.